CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Abimael Suarez-Sacarias**; DOB: 1983; Mexico<br>**Maricela Tomas-Roblero**; DOB: 1988; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-03021 MJ** |

Complaint for violation of Title 8 United States Code §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(ii).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about April 29, 2021, in the District of Arizona, **Abimael Suarez-Sacarias** and **Marcela Tomas-Roblero**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Bernardino Aguilar-Salazar and Martin Lepro-Partida; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**
**COUNT 2 (Felony)** On or about April 29, 2021, in the District of Arizona, **Abimael Suarez-Sacarias** and **Marcela Tomas-Roblero**, knowing and in reckless disregard of the fact that certain illegal aliens, including Bernardino Aguilar-Salazar and Martin Lepro-Partida, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about April 29, 2021, in the District of Arizona (Sonoita), United States Border Patrol Agents (BPA) was out on Forrest Service Road 799 (FSR 799). FSR 799 is a remote and rough dirt road. BPA noticed small black vehicle traveling towards the BPA. As the black vehicle approached, the BPA stopped and lowered the driver's side window to greet the people in the black vehicle. As the vehicle approached and passed by, the BPA noticed the black Chevrolet Aveo matched a vehicle and the driver matched a person of interest. The BPA turned around and followed the vehicle. The BPA did a record check on the Aveo's license plate KAK860 and it came back as "removed." The BPA followed the Aveo for 10 mile and then initiated a traffic stop. As the BPA approached the Aveo, the BPA noticed additional passengers, booties, and camouflage backpacks. The BPA asked the driver, later identified as Abimael Suarez-Sacarias, his nationality and Suarez-Sacarias stated he was from Mexico and did not have immigration documents. The front passenger, later identified as Marcela Tomas-Roblero, stated she is the girlfriend of Suarez-Sacarias and presented an expired employment authorization card. The BPA was able to determine that the two backseat passengers, later identified as Bernardino Aguilar-Salazar and Martin Lepro-Partida, were citizens of Mexico and illegally entered the US without documentation to enter, pass through, or remain in the US.

In a post *Miranda* statement, **Suarez-Sacarias** said he lives in Phoenix and was looking for a place to camp.

In a post *Miranda* statement, Tomas-Roblero said that her boyfriend Suarez-Sacarias invited her to tour a place to take her children camping. Tomas-Roblero said that while they were looking for a place to camp, Suarez-Sacarias noticed some people making signs at them. Tomas-Roblero said she told Suarez-Sacarias not to pick them up but he did. Tomas-Roblero said that she feared that Suarez-Sacarias would leave her on the side of the road, so she stayed in the vehicle even when the people got into their car.

Record checks revealed that Martin Lepro-Partida was previously removed from the United States on June 2, 2018.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/mh<br>**Sworn by telephone** x | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 30, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54